IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| U.S. BANK, N.A., SUCCESSOR TRUSTEE TO LASALLE BANK NATIONAL ASSOCIATION, ON BEHALF OF THE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-HE7, ASSET-BACKED CERTIFICATES SERIES 2006-HE7,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BRIDGET PARSON,<br><br>　　　　　Defendant. | No. 3:20-cv-2104-N-BT |

**<u>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE</u>**

The Court has under consideration the Findings, Conclusions, and Recommendations of United States Magistrate Judge Rebecca Rutherford recommending the Court deny Plaintiff's Rule 59(e) Motions for Reconsideration (ECF Nos. 57, 58, & 59) and Motion for Leave to Proceed *in forma pauperis* on Appeal (ECF No. 61). The Court has reviewed the Findings, Conclusions, and Recommendations for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendations of the United States Magistrate Judge.

**SO ORDERED** this 4th day of May, 2021.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE